**Dismissed and Opinion Filed March 24, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00091-CV

## IN THE INTEREST OF M.R., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-30026-2019**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

It is well-settled that an order is appealable only if either all issues between all parties have been determined or a statute or rule authorizes its appeal. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). The appealed order here struck appellant's petition in intervention in the underlying child protection case, but the case has not yet been resolved and no statute or rule authorizes the appeal. *See Metromedia Long Distance, Inc. v. Hughes*, 810 S.W.2d 494, 499 (Tex. App.—San Antonio 1991, writ denied) (order dismissing or striking petition in intervention is appealable on final judgment).

By letter dated February 15, 2022, we directed appellant to file a jurisdictional letter brief addressing our concern and cautioned her that failure to comply by

February 25, 2022 could result in dismissal of the appeal without further notice.  To date, however, appellant has not responded.  Accordingly, on the record before us, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a).

|  | /Lana Myers// |
|---|---|
|  | LANA MYERS |
| 220091f.p05 | JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.R., A CHILD

No. 05-22-00091-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-30026-2019.
Opinion delivered by Justice Myers, Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 24th day of March, 2022.